U.S. District Clerk,  1-17-23

Re: Erik Walsh City Mgr San Antonio, Bexar County
    IT Director A. Strombor
    SAPD Chief William McManus
    SAPD Narcotic Detective Nick Francis Strombor
    SAPD Narcotic Detective Eugene Valdez
    Internal Affairs Michael Riggs

42 § 1983
USC

From Jan 2018 until Present my family and friends have been terrorized by SAPD Narcotic Detective Nick Strombor because I reported to Sgt Joseph Gilliam at Internal Affairs a Drug Trafficking, Money Laundering and gun running by some SAPD Officers. I have been stalked in San Antonio, Houston and Louisiana. I have the surveillance and eyewitnesses to prove it. I am looking for relief for having a stressful 4 yrs being mentally and physically disabled. I've lost everything in hiding trying to protect my family and friends.

I contacted Director FBI Chris Combs, now retired. Newly FBI Director Oliver Rich Jr both in San Antonio. DEA Director Daniel Comeaux in Houston, TX.

They do not qualify for any immunities because they did this for 20 yrs and got away with it.

— over —

County, Olivia #391895        Legal Indigent

Sincerely,

Shurea D. County #391895

Narcotic Detective put a Bounty on my life I have the email from Jan. 2016 when I was running to

Denver
Chicago
Shreveport
Dallas where I am Now!

I want relief from

Olivia D. County #
Collin County Detention Ctr.
4300 Community Ave
McKinney, TX 75071

RECEIVED
JAN 23 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY
JAN 23 2023

BY CSO

U.S. District Court
Western District of TX
U.S District Clerks Office
410 South Cedar
Pecos, TX 79772